**LEACH v. MONUMENTAL LIFE INS. CO.**

[342 N.C. 408 (1995)]

GOLDIE V. LEACH v. MONUMENTAL LIFE INSURANCE COMPANY

No. 185A95

(Filed 8 December 1995)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 118 N.C. App. 434, 455 S.E.2d 450 (1995), reversing the judgment on the pleadings for defendant entered by Johnston, J., on 5 April 1994, in Superior Court, Cleveland County. Heard in the Supreme Court 15 November 1995.

*Corry, Cerwin & Luptak, by Todd R. Cerwin, for plaintiff-appellee.*

*Womble Carlyle Sandridge & Rice, by F. Lane Williamson, for defendant-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Lewis, the decision of the Court of Appeals is

REVERSED.